UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CV-181-F

ROBERT GENE BAILEY     )
   Plaintiff,       )
            )
   v.         )    O R D E R
            )
ONTARIO D'ANDREA CHISOLM, et al., )
   Defendants.     )

This matter is before the court for consideration of the Magistrate Judge's

May 6, 2009, Memorandum and Recommendation (M&R) [DE-5]. The plaintiff, Robert

Gene Bailey filed a timely "Objection" [DE-6] thereto.

Rule 72(b), FED R CIV. P. provides in pertinent part that "a party may serve

and file specific, written objections to the proposed findings and recommendations"

contained in an M&R. Thereafter, the district judge "shall make a de novo

determination . . . of any portion of the [M&R] to which specific written objection has

been made." Objections must be filed within ten days of service of the M&R. *See* Rule

72(b), FED. R. CIV. P.

The court has conducted a careful independent review of the record in this

matter and concurs with the Magistrate Judge's analysis contained in his M&R. The

court, therefore, has reached the *de novo* determination that the M&R is correct and in

accordance with the law.

Accordingly, the court ADOPTS the Magistrate Judge's M&R, and hereby

ORDERS that this action is DISMISSED as FRIVOLOUS for the reasons cogently stated

in the M&R.  The Clerk of Court is DIRECTED to close this case.

SO ORDERED.

This the 10th day of June, 2009.


_James C. Fox_
JAMES C. FOX
Senior United States District Judge