AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ROBERT GENE BAILEY,  )<br>        Plaintiff,  )<br>)<br>v.  )<br>_____  )<br>ONTARIO D'ANDREA CHISOLM, et al.,  )<br>        Defendants.  ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:09-CV-181-F** |

**Decision by Court.**

      IT IS ORDERED AND ADJUDGED that the court ADOPTS the Magistrate Judge's M&R, and hereby ORDERS that this action is DISMISSED as FRIVOLOUS for the reasons cogently stated in the M&R. The Clerk of Court is DIRECTED to close this case.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **June 11, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Robert Gene Bailey
Cumberland County Detention Center
204 Gillespie Street
Fayetteville, NC 28301

| | |
|---|---|
| June 11, 2009 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |